Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976
Telephone: (215) 572-811
Fax: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA
# (READING)

| IN RE: | |
| --- | --- |
| PAUL FRANKLIN KARTHAEUSER, JR. DEBTOR | CHAPTER 13 |
| | CASE NUMBER: 16-14259-REF |
| CLAIRE D. KARTHAEUSER (NON-FILING CO-MORTGAGOR) | |

## ORDER

AND NOW, this _____ day of _____ , 2017, upon the motion of Caliber Home Loans, Inc. (hereafter "Movant"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  333 SOUTH FIRST STREET, LOPATCONG TOWNSHIP, NJ 08865.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____

UNITED STATES BANKRUPTCY JUDGE